1    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

2  TRANSFERRED to the United States District Court for the Eastern District of California.[1]  The

3  Clerk shall transfer the case forthwith.

4    If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in*

5  *forma pauperis* application required by the United States District Court for the Eastern District of

6  California and mail them to that district.

7    All remaining motions, including Plaintiff's request for appointment of counsel (Docket No.

8  5), are TERMINATED on this Court's docket as no longer pending in this district.

9    The Clerk shall also direct an electronic version of Plaintiff's letter and this Order to Judge

10  Henderson.

11    IT IS SO ORDERED.

12

13  Dated: June 5, 2013

14

15                                                          _____

16                                                          DONNA M. RYU
                                                            United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26
_____

27    [1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the
    jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

28

G:\PRO-SE\DMR\CR.13\Shepherd2200.transfer.wpd                2

*United States District Court*
For the Northern District of California